UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 1:09-CR-00109-01** |
| **VERSUS** | **JUDGE DRELL** |
| **WALTER JOSE MIRANDA (01)** | **MAGISTRATE JUDGE PEREZ-MONTES** |

ORDER

Before the court is a motion to reduce sentence filed by defendant Walter Jose Miranda ("Defendant" or "Miranda"), acting *pro se* (Doc. 124). Approximately nine (9) months after this motion was filed, the Federal Public Defender for the Western and Middle Districts of Louisiana enrolled on his behalf. (Doc. 129). At the direction of the undersigned, the government and defense counsel recently submitted a response to the pending motion. (Docs. 130, 131). The joint response filed by the government and defense counsel suggests that Miranda's pro se motion should be denied because he is ineligible for sentence reduction under Amendment 782 to the U.S. Sentencing Guidelines. (Doc. 131). After review of the pending motion, joint response, and remainder of the record in this case the court agrees.

As asserted by both the government and defense counsel, the calculation of Miranda's sentencing guideline range did not involve use of drug offense conduct guidelines found at U.S.S.G. § 2D1.1, but rather Miranda's offense conduct guideline derived from U.S.S.G. §2P1.2 based on his status as an inmate at a prison or correctional facility. United States v. Flores, 782 Fed. Appx. 310, 311 (5th Cir. 2019) citing United States v. Quintanilla, 868 F.3d 315, 318-22 (5th Cir. 2017) *cert. denied*, 138 S.Ct. 1283 (2018) (denying application of Amendment 782 to U.S.S.G. where inmate's sentence was the result of his career offender status, rather than drug quantity tables found at § 2B1.1).

1

Based on the foregoing, the court finds that Miranda is ineligible for sentence reduction under Amendment 782 because he was not sentenced under a provision as to which Amendment 782 applies. Accordingly, it is hereby

ORDERED that Defendant's pending motion to reduce sentence (Doc. 124) is DENIED.

SIGNED this 20TH day of October, 2020 at Alexandria, Louisiana.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT